UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ARNO KUIGOUA,

Plaintiff,

v.

SUZANNE AMBROSE, et al.,

Defendants.

No. 2:26-cv-06114-PA (JDE)

JUDGMENT

Pursuant to the Order of Dismissal,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action is DISMISSED without prejudice.

Dated:  June 8, 2026

PERCY ANDERSON
United States District Judge